**Leo Pereira, appellee, v. Victor Pearlman & Company, appellant. Gen. No. 31,506.**

Action to recover sales agent's commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Richolson & Smith, for appellant. Isadore S. Blumenthal, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

**Simon M. Skuda, appellee, v. Hugo Feis, appellant. Gen. No. 31,518.**

Action to recover damages from automobile collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph W. Schulman, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927.

Max F. Allaben, for appellant; Geo. W. Lennon, of counsel. A. F. W. Siebel, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

---

**Esther Hellinger, appellee, v. Reita Richardson and Charles Ira Wynekoop, defendants. Charles Ira Wynekoop, appellant. Gen. No. 31,539.**

Action by guest in automobile to recover for injuries from collision. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927. Rehearing denied November 4, 1927.

H. E. Wynekoop and C. C. Spencer, for appellant. Brown & Alschuler, for appellee; Jesse H. Brown, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

**Jeannette Buckley and Philip Weinstein, administrators of the estate of Paul E. Buckley, deceased, appellees, v. Mandel Brothers, appellant. Gen. No. 31,565.**

Action for wrongful death. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed October 19, 1927. Rehearing denied November 4, 1927.

Altheimer & Mayer, for appellant; A. B. Manion, of counsel. John A. Bloomingston, for appellees.

Mr. Justice Wilson delivered the opinion of the court.